UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6077-GW-MRWx | Date | November 21, 2022 |
|---|---|---|---|
| Title | United African-Asian Abilities Club, et al. v. CLG Family Fund, LLC, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 21, 2022, Plaintiff filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for December 22, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 21, 2022.

:

Initials of Preparer    JG